# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2726
LT Case No. 2010-CF-007001-A

_____

OSCAR L. FOSTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Oscar L. Foster, Clermont, pro se.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

January 16, 2024

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————